UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Pompilio,

                Plaintiff(s),

     -against –

Village of Larchmont et al,

                Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:23-CV-01036 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: March 8, 2024

    White Plains, New York

                                           _____
                                                CATHY SEIBEL, U.S.D.J.